# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA P. ESQUER,<br><br>           Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br><br>           Defendant. | CASE NO. 08CV636 BTM (AJB)<br><br>ORDER RE: MOTION TO PROCEED IFP |

Plaintiff has filed a motion to proceed *in forma pauperis* ("IFP") in the above case. The Court notes that Plaintiff has not responded to questions 5 and 6 in her declaration in support of motion to proceed IFP. Plaintiff is directed to amend her declaration to provide the relevant information.

IT IS SO ORDERED.

DATED: April 17, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge