# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JESSICA P. ESQUER, | CASE NO. 08CV636 BTM (AJB) |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IFP |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Plaintiff has filed a motion to proceed *in forma pauperis* ("IFP") in the above case. Plaintiff indicates in her supporting declaration that she has no assets or sources of income aside from assistance from her family members. Based on the above, the Court determines that Plaintiff has made a sufficient showing of inability to pay the filing fees and court costs. Accordingly, IT IS ORDERED:

(1) Plaintiff's request to proceed in forma pauperis is GRANTED. Plaintiff is permitted to prosecute this action without being required to prepay fees or costs and without being required to post security.

(2) The Clerk of Court shall file Plaintiff's complaint without prepayment of the filing fee.

(3) The United States Marshal shall serve a copy of the complaint and this Order upon defendants as directed by Plaintiff on U.S. Marshal form 285. All costs of service shall be advanced by the United States.

(4) Plaintiff shall serve upon defendants, or, if appearance has been entered by

| | |
|---|---|
| 1 | counsel, upon defendants' attorney, a copy of every further pleading or other |
| 2 | document submitted or filed for the Court's consideration. Plaintiff shall include |
| 3 | with the original paper to be filed with the Clerk of Court a certificate stating the |
| 4 | manner in which a true and correct copy of any document was served on |
| 5 | defendants or defendants' counsel and the date of service. Any paper |
| 6 | received by a District Judge or Magistrate Judge that has not been filed with |
| 7 | the Clerk or that fails to include a Certificate of Service will be disregarded by |
| 8 | the Court. |

IT IS SO ORDERED.

DATED: May 28, 2008

*/s/ Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge